## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANNA TIRADO-HANNON,<br><br>    Plaintiff,<br><br>vs.<br><br>ARAMARK FOOD & SUP SERVICES, ARAMARK SERVICES, INC. and JOHN DOE ENTITIES 1 THROUGH 10, all whose true names are unknown,<br><br>    Defendants. | Civil Action No. 3:18-cv-05402-FLW-TJB<br><br>**STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that the Complaint in the above-captioned matter is dismissed with prejudice and without costs.

|   |   |
|---|---|
| ___s/ *Andrew Glenn*___<br>Andrew Glenn, Esq.<br>**Jaffe Glenn Law Group P.A.**<br>301 N. Harrison Street, Suite 9F<br>Princeton New Jersey 08540<br>(201) 687-9977<br>Attorneys for Plaintiff | ___s/ *Richard S. Zackin*___<br>Richard S. Zackin, Esq.<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>(973) 596-4869<br>Attorneys for Defendants |